UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
CASE NO.: 4:20-cv-10158-JLK

**CHARLES CASEY,**

    **Plaintiff,**

v.

**FASHION FISH, INC.,**
**A Florida Profit Corporation,**

    **Defendant.**
_____/

### **JOINT NOTICE OF SETTLEMENT**

Plaintiff, CHARLES CASEY, ("Plaintiff"), and Defendant, FASHION FISH, INC., ("Defendant"), (collectively, the "Parties"), by and through their undersigned counsel, hereby notify this Court that the Parties have reached a resolution in this case. The Parties are in the process of finalizing the Settlement and request for dismissal with prejudice and anticipate filing the request for dismissal with the Court within the next twenty-one (21) days.

Respectfully submitted this 4th day of August 2021.

| By:/s/ Noah E. Storch | By:/s/ Richard A. Malafy |
|---|---|
| Noah E. Storch, Esq. <br> Alexander T. Harne, Esq. <br> RICHARD CELLER LEGAL, P.A. <br> 10368 W. State Rd 84, Suite 103 <br> Davie, Florida 33324 <br> Telephone: (866) 344-9243 <br> Facsimile: (954) 337-2771 <br> Noah@floridaovertimelawyer.com <br> aharne@floridaovertimelawyer.com <br><br> *Attorneys for Plaintiff* | Richard A. Malafy, Esq. <br> Florida Bar No. 0443972 <br> campbellaw@mac.com <br> Campbell & Malafy <br> 10887 Overseas Highway, Suite 201 <br> Marathon, FL 33050 <br> Telephone: (305) 743-2492 <br><br> *Attorney for Defendant* |